UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CLARENCE RANDALL MARTIN, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 3:16-CV-198 |
| | § | |
| LORIE DAVIS, | § | |
| | § | |
| Respondent. | § | |

## ORDER

The petitioner, Clarence Martin (TDCJ #01640933), seeks a federal writ of habeas corpus under 28 U.S.C. § 2254 to challenge a state court conviction. Because it appears that his petition is barred by the governing one-year statute of limitations found in 28 U.S.C. § 2244(d), the Court ordered Martin to show cause why this case should not be dismissed as time-barred (Dkt. 7). Martin has requested an additional 45 days to respond. That request (Dkt. 8) is **GRANTED**. Martin's new deadline is **November 21, 2017**.

The Clerk of this Court shall send a copy of this Order to the parties.

SIGNED at Galveston, Texas, this 29th day of September, 2017.

_____
George C. Hanks Jr.
United States District Judge

1 / 1